UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JOHNSON, | No. CV12-3756-GHK(CW) |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| PAROLE BOARD, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The court has engaged in a de novo review of those portions of the Report and Recommendation to which objection has been made. The court accepts the findings and recommendation of the Magistrate Judge.[1]

---

[1] In his objections, Petitioner reasserts that he is not a member of the Gilman class, Gilman v. Schwarzenneger, S05-830-LKK(GGH)(E.D. Cal.). However, none of the cases he cites support this argument, but instead relate to the merits of his claim. Nothing in the objections changes the conclusion that Petitioner is a member of

**IT IS THEREFORE ORDERED**: (1) that Respondent's motion to dismiss (docket no. 6, filed May 30, 2012) be granted; and (2) that judgment be entered dismissing the petition without prejudice.

DATED:   7/25/12

_____
GEORGE H. KING
United States District Judge

---

the Gilman class and that the *ex post facto* claim he raises is more appropriately addressed in that lawsuit.