**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GEORGE JOHNSON, | ) | No. CV12-3756-GHK(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| PAROLE BOARD, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATED:   7/25/12

GEORGE H. KING
United States District Judge